**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BILLIE SUE MILLER,

        Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION, *et al.*,

        Defendants.

2:14-cv-01374-JCM-VCF

**ORDER**

    Before the court is Defendant Costco Wholesale Corporation's Motion to Reopen Discovery (#19).

    IT IS HEREBY ORDERED that any opposition to the Defendant Costco Wholesale Corporation's Motion to Reopen Discovery (#19) must be filed on or before October 7, 2015. Any reply is due by October 14, 2015.

    IT IS FURTHER ORDERED that a hearing on Defendant Costco Wholesale Corporation's Motion to Reopen Discovery (#19) is scheduled for 3:00 p.m., October 15, 2015, in courtroom 3D.

    DATED this 2nd day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE