**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| BILLE SUE MILLER,<br><br>                Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>                Defendants. | 2:14-cv-01374-JCM-VCF<br>**ORDER** |

Before the court is the Substitution of Counsel for Defendants Costco Wholesale Corporation (#18).

IT IS HEREBY ORDERED that a hearing on the Substitution of Counsel for Defendants Costco Wholesale Corporation (#18) is scheduled for 3:00 p.m., October 15, 2015, in courtroom 3D.

DATED this 14th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE