KYM SAMUEL CUSHING
Nevada Bar No. 4242
JOSEPH C. CHU
Nevada Bar No. 11082
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; Fax: (702) 727-1401
Kym.Cushing@wilsonelser.com
Joseph.Chu@wilsonelser.com
Attorneys for Defendants COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLIE SUE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; DOE MOTORIZED SHOPPING CART OPERATOR; ROE SECURITY COMPANY; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive<br><br>Defendants. | CASE NO.: 2:14-cv-01374-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, BILLIE SUE MILLER ("Plaintiff"), by and through her attorney of record, SETH R. LITTLE, of the RICHARD HARRIS LAW FIRM, and Defendant, COSTCO WHOLESALE CORPORATION ("Costco"), by and through its attorneys of record, KYM SAMUEL CUSHING and JOSEPH C. CHU, of the law offices of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, hereby stipulate and agree as follows:

That all claims and causes of actions asserted by Plaintiff in Case No. 2:14-cv-01374-JCM-VCF pending in the United States District Court – District of Nevada, are DISMISSED WITH PREJUDICE as to all defendants,

. . .

. . .

. . .

907559v.1

IT IS FURTHER STIPULATED that all parties to this action will bear their own attorneys' fees and costs of suit.

Dated this 18th day of March, 2016.                     Dated this 16th day of March, 2016.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | RICHARD HARRIS LAW FIRM |
|---|---|
| /s/ KYM SAMUEL CUSHING<br>Nevada Bar No. 4242<br>JOSEPH C. CHU<br>Nevada Bar No. 11082<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>(702) 727-1400<br>*Attorneys for Costco Wholesale Corporation* | /s/ SETH R. LITTLE<br>Nevada Bar No. 10664<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>(702) 444-4444<br>*Attorney for Plaintiff* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1)   Plaintiff's complaint and all causes of actions asserted therein in Case No. 2:14-cv-01374-JCM-VCF are DISMISSED WITH PREJUDICE as to all defendants; and

(2)   all parties to this action are to bear their own respective attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated March 23, 2016.

_____
U.S. DISTRICT COURT JUDGE

907559v.1